CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Matthew Wolf** DOB: 1987; United States | DOCKET NO.<br>**21-05770MJ**<br>MAGISTRATE'S CASE NO. |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about April 30, 2021, in the District of Arizona, **Matthew Wolf,** named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Florencio Efren-Atilano, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about April 30, 2021, in the District of Arizona, **Matthew Wolf,** knowing and in reckless disregard of the fact that certain illegal aliens, including Florencio Efren-Atilano, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about April 30, 2021, in the District of Arizona (Hereford), a United States Border Patrol Agents (BPA) operating a camera, saw three suspected undocumented noncitizens running towards the Hereford Road and Desert Streams Road intersection. The camera operator then saw a 2020 Ford Fusion traveling west on Desert Streams Road. The Fusion turned around and stopped. The three suspected noncitizens got inside the Fusion. A BPA responded and intercepted the Fusion on Hereford Road. The BPA activated his emergency equipment and the Fusion stopped. As the BPA approached the Fusion, he observed three passengers in the rear seat with camouflage backpacks. The passengers admitted they were citizens from Mexico and in the U.S. illegally. One passenger was identified as Florencio Efren-Atilano. The driver was identified as **Matthew Wolf**.

Records checks revealed that Florencio Efren-Atilano did not have the proper immigration documentation to enter or remain in the U.S. legally. Efren was previously removed from the U.S. on March 31, 2013.

In a post-*Miranda* statement, **Wolf** said he arrived in the Hereford/Sierra Vista area approximately 7:00 a.m. and was sent coordinates to his phone from a Mexican phone number. **Wolf** said that the phone number was the same one that contacted him the last time he was arrested attempting to transport undocumented noncitizens. He was recruited on social media and was informed he would make $700 to $800 USD per person he picked up. **Wolf** said he was going to transport the people to an unknown location in Phoenix.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| Detention Requested<br>  Being duly sworn, I declare that the foregoing is<br>  true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x ||
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 3, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54